**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Western Division**

Matthew Johnson

                                    Plaintiff,

v.                                                      Case No.: 3:16–cv–50113
                                                        Honorable Philip G. Reinhard

Uber Technologies, Inc.

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 4, 2016:

    MINUTE entry before the Honorable Iain D. Johnston: Initial status hearing set for 6/21/2016 at 9:00 AM. Parties shall refer to Judge Johnston's web page at www.ilnd.uscourts.gov and file a joint status report by 6/15/2016 as set forth in the Initial Status Conferences procedure. Lead counsel with full knowledge of the case must appear in person at the initial status hearing. Plaintiff is directed to notify any party filing an appearance to the entry of this order. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.