# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| MATTHEW JOHNSON, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 16-cv-50113 |
| v. | ) ) | Hon. Philip G. Reinhard |
| UBER TECHNOLOGIES, INC., | ) ) | Mag. Ian D. Johnston |
| Defendant. | ) | |

## NOTICE OF AGREED MOTION

**PLEASE TAKE NOTICE** that on May 26, 2016, an Agreed Motion for Extension of Time to Answer or Otherwise Plead and Continuance of Initial Status Hearing was filed by John C. Ellis, a copy of which was served upon you via the Court's CM/ECF delivery service.

**PLEASE TAKE FURTHER NOTICE** that this matter is set to be heard on Thursday, June 2, 2016 at 10:00 a.m. before the Honorable Ian D. Johnston at the Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, Illinois 61101 in Room 5200.

Dated: May 26, 2016

Respectfully submitted,

By: /s/ John C. Ellis
    Attorney for Defendant
    Uber Technologies, Inc.

John C. Ellis
ELLIS LEGAL P.C.
250 S. Wacker Dr., Suite 600
Chicago, Illinois 60606
(312) 976-7629
jellis@ellislegal.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing Notice of Agreed Motion and Agreed Motion for Extension of Time to Answer or Otherwise Plead and Continuance of Initial Status Hearing were served on Plaintiff's counsel via the Court's CM/ECF system on this 26th day of May, 2016.

By: /s/ John C. Ellis
Attorney for Defendant
Uber Technologies, Inc.