UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| MATTHEW JOHNSON, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 16-cv-50113 |
| v. | ) ) | |
| UBER TECHNOLOGIES, INC., | ) ) | Hon. Philip G. Reinhard |
| Defendant. | ) ) | Mag. Iain D. Johnston |

### NOTICE OF DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND DISMISS OR STAY THE LITIGATION

**PLEASE TAKE NOTICE** that on June 20, 2016, a Motion to Compel Individual Arbitration and Dismiss or Stay the Litigation was filed by Tiffany Cheung, a copy of which was served upon you via the Court's CM/ECF delivery service.

**PLEASE TAKE FURTHER NOTICE** that on June 30, 2016 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Iain D. Johnston at the Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, Illinois 61101 in Room 5200.

Dated: June 20, 2016

Respectfully submitted,

By: /s/ Tiffany Cheung
 Attorney for Defendant
 Uber Technologies, Inc.

Tiffany Cheung
(admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
(415) 268-6848
tcheung@mofo.com

1

la-1321332

John C. Ellis
ELLIS LEGAL P.C.
250 S. Wacker Dr., Suite 600
Chicago, Illinois 60606
(312) 976-7629
jellis@ellislegal.com

Adam M. Sevell
Kelsey M. Stricker
(admitted *pro hac vice*)
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, California 90017
(213) 892-5200
asevell@mofo.com
kstricker@mofo.com

2