IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| MATTHEW JOHNSON, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 16-cv-50113 |
| v. | ) ) | Hon. Philip G. Reinhard |
| UBER TECHNOLOGIES, INC., | ) ) | Mag. Iain D. Johnston |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

By stipulation of Plaintiff Matthew Johnson and Defendant Uber Technologies, Inc., by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Matthew Johnson hereby gives notice that the above-captioned action is dismissed in its entirety with prejudice as to his individual claims.

Dated: September 15, 2016          /s/ *Jeremy M. Glapion*

Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
Attorney for Plaintiff Matthew Johnson

Dated: September 15, 2016

/s/ Tiffany Cheung
Attorney for Defendant
Uber Technologies, Inc.

Tiffany Cheung
(admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105

(415) 268-6848
tcheung@mofo.com

John C. Ellis
ELLIS LEGAL P.C.
250 S. Wacker Dr., Suite 600
Chicago, Illinois 60606
(312) 976-7629
jellis@ellislegal.com